## SCHAEFFER v. UNITED STATES.

(Circuit Court of Appeals, Third Circuit. August 27, 1917.)

No. 2237.

In Error to the District Court of the United States for the Western District of Pennsylvania; Charles P. Orr, Judge.

Christian F. Schaeffer was sentenced on plea of guilty, and brings error. Affirmed.

George C. Bradshaw and Thomson & Bradshaw, all of Pittsburgh, Pa., for plaintiff in error.

E. Lowry Humes, U. S. Atty., of Pittsburgh, Pa., and Neil W. McGill, Asst. U. S. Atty., of Cleveland, Ohio.

Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. This writ raises the question decided in Miner v. United States, 244 Fed. 422, —— C. C. A. ——. On authority of that case, it is ordered that the judgment below be affirmed.